## Montgomery Street Railway *v.* Armstrong, Admx.

APPEAL from the City Court of Montgomery.

Tried before the Hon. A. D. SAYRE.

C. H. Roquemore and Lomax, Crum & Weil, for appellant.

Martin & Bouldin, for appellee.

This action was brought by the appellee, as administratrix of the estate of Charles Armstrong, deceased, to recover damages for the alleged negligent killing of her intestate.

From a judgment in favor of the plaintiff, the defendant appeals.

The appeal is dismissed by agreement.